UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES OLDROYD,

        Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, PUGET SOUND ENERGY,

        Defendants.

CASE NO. C05-1060JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed Plaintiff's complaint in this action and finds that it does not clearly state a basis for federal jurisdiction. The court orders Plaintiff to show cause within 10 days why the court should not dismiss this action for lack of subject matter jurisdiction.

Filed and entered this 22nd day of June, 2005.

BRUCE RIFKIN, Clerk

s/Mary Duett

By
    Deputy Clerk

MINUTE ORDER – 1